**Order entered April 15, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00325-CV**

**IN RE MICHAEL A. RUFF, Relator**

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-02825-2**

**ORDER**

Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus, and we **DENY** the emergency motion for stay as moot.

/s/     LANA MYERS
         JUSTICE